IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| RANGEL KITCHEN, INC., d/b/a | ) |
| IGUANAS RANAS and | ) |
| MA/DA PROPERTIES, L.P., | ) FILE No.   4:19-CV-00619 |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION TO APPROVE CONSENT DECREE
AND TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiff, **ERIK GARCIA** ("Plaintiff"), and Defendants, **RANGEL KITCHEN, INC., d/b/a IGUANAS RANAS and MA/DA PROPERTIES, L.P.** ("Defendants") (collectively, the "Parties"), hereby file this Joint Stipulation seeking the Court's Approval of the parties' Consent Decree and to Dismiss Defendants, RANGEL KITCHEN, INC., d/b/a IGUANAS RANAS and MA/DA PROPERTIES, L.P., with Prejudice:

1.  Plaintiff filed the instant cause of action alleging that the Facility and property operated and/or owned by Defendants violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*

2.  The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree ("Settlement") attached hereto as Exhibit "1".

1

3. In accordance therewith, the Parties request that the Court review, approve and ratify the Consent Decree. Additionally, the Parties request the Court retain jurisdiction to enforce the terms of the Settlement. This Settlement is conditioned upon the Court's retaining jurisdiction to enforce said Settlement.

4. As part of the Settlement reached between the Parties, Plaintiff has agreed to dismiss Defendants, RANGEL KITCHEN, INC., d/b/a IGUANAS RANAS and MA/DA PROPERTIES, L.P., with prejudice. Accordingly, the Parties request, upon the Court's review, approval and ratification of the Settlement, Defendants RANGEL KITCHEN, INC., d/b/a IGUANAS RANAS and MA/DA PROPERTIES, L.P., be dismissed with prejudice.

5. Except as otherwise stated in the Settlement, each party to bear their own fees and costs.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order approving the attached Consent Decree, dismissing the claims asserted by Plaintiff against Defendants, RANGEL KITCHEN, INC., d/b/a IGUANAS RANAS and MA/DA PROPERTIES, L.P., with prejudice, and retaining jurisdiction to enforce the Settlement.

Respectfully submitted this 12th day of June, 2019.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
*Attorney-in-Charge for Plaintiff*
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

/s/     Danny M. Sheena
Danny M. Sheena, Esq.
Texas Bar ID No.  00792830
*Attorney for Defendant*
 *Ma/Da Properties, L.P.*
The Sheena Law Firm
2500 West Loop South, Suite 518
Houston, TX  77027
Tel:  (713) 224-6508
Email:  Danny@Sheenalawfirm.com


/s/     Roger G. Jain
Roger G. Jain, Esq.
Texas Bar ID No.  00787759
*Attorney for Defendant*
 *Rangel Kitchen, Inc., d/b/a*
 *Iguanas Ranas*
Roger G. Jain & Associates, P.C.
9301 Southwest Freeway, Suite 250
Houston, TX  77074
Tel:  (713) 981-0600
Email:  roger@rogergjain.com



## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically the Clerk of the Court using CM/ECF/system on this 12th day of June, 2019.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
*Attorney-in-Charge for Plaintiff*
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

3