United States District Court
Southern District of Texas
**ENTERED**
June 14, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| RANGEL KITCHEN, INC., d/b/a IGUANAS RANAS and MA/DA PROPERTIES, L.P., | ) |
| | ) FILE No.  4:19-CV-00619 |
| Defendants. | ) |

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

THIS CAUSE is before the Court on the Plaintiff's Joint Stipulation to Approve Consent Decree and Dismiss Defendants, **RANGEL KITCHEN, INC., d/b/a IGUANAS RANAS and MA/DA PROPERTIES, L.P.**, with Prejudice [D.E. # 16]. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendants, RANGEL KITCHEN, INC., d/b/a IGUANAS RANAS and MA/DA PROPERTIES, L.P., with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree; Defendants, RANGEL KITCHEN, INC., d/b/a IGUANAS RANAS and MA/DA PROPERTIES, L.P., are hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. This case is now closed.

DONE AND SIGNED in Chambers, at Houston, Texas, this __13__ day of June, 2019.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record